IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 01-41339
Summary Calendar

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

JOSE SALVADOR MALDONADO

Defendant - Appellant

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. C-01-CR-153-1
--------------------
May 28, 2002

Before KING, Chief Judge, and HIGGINBOTHAM and BENAVIDES, Circuit
Judge.

PER CURIAM:[*]

Jose Salvado Maldonado appeals his sentence from his guilty-plea conviction for possession with intent to distribute approximately 193 kilograms of marijuana. He argues that the district court erred in not applying the "safety valve" provision provided in U.S.S.G. § 5C1.2 because he provided to the Government all information and evidence he had concerning his offense.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The district court shall sentence a defendant according to the applicable guidelines, rather than the statutory minimum sentence if, among other things, the defendant truthfully provided the Government with "all information and evidence the defendant has concerning the offense[.]"  U.S.S.G. § 5C1.2(5).  A district court's refusal to apply the "safety valve" provision is a factual finding reviewed for clear error.  United States v. Edwards, 65 F.3d 430, 433 (5th Cir. 1995).  We perceive no such error here.  Accordingly, the judgment is AFFIRMED.